UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY WHITMORE, ) | |
| ) | |
| Plaintiff, ) | No. 04 C 4068 |
| ) | |
| vs. ) | Honorable Judge |
| ) | James B. Zagel |
| OFC. ZARAGOSA, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement filed herewith and, therefore, this cause should be dismissed with prejudice as to Defendants Ofc. Zaragosa, Ofc. Feliciano, Ofc. Vale, Ofc. Yerena and Ofc. Cintron with each party bearing its own costs and attorneys' fees in accordance wit the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

Gary Whitmore
Pro-se
#B 11545
Stateville Correctional Center
Rt. 53 P.O. Box 112
Joliet, Illinois 60434

Paul W. Groah
Assistant States Attorney
Attorney for Defendants Zaragosa, Feliciano
Vale, Yerena and Cintron
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5147

Date: 11/21/06

Date: 11/21/06